[No. 4279.]

BECKWITH, SECRETARY OF STATE v. RICHARDS.

OPINION FOLLOWED.

This case is decided upon the opinion in the case of *Beckmith v. Winters et al., ante* p. 96.

*Upon Review from the District Court of Arapahoe County.*

Mr. Ben. B. Lindsey and Mr. Sam. W. Belford for petitioner.

Messrs. Ward & Ward for respondent.

*Per Curiam.*—This case in its essential features is like that of *Beckwith v. Winters et. al., ante* p. 96, and the decision there governs here. The name of respondent should not appear upon the official ballot as the nominee of the so-called Fusion party. The district court thought it should. Its judgment, however, is reversed, and petitioner is ordered to exclude respondent's name.

*Reversed.*

Opinion Followed.

This case is decided upon the opinion in the case *Beckwith v. Winters et al., ante* p. 96.

Mr. Ben. B. Lindsey and Mr. Sam. W. Belford for petitioner.

Messrs. Ward & Ward for respondent.